UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEANDRE FOUCHE                                                          PLAINTIFF

vs.                              Civil Action No. 3:21CV50-BSM

THE UNITED STATES OF AMERICA;
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; FITHEN, FIRST NAME UNKNOWN;
GAIRHAN FARMS, INC.; WAYNE GAIRHAN;
DAVID GAIRHAN; and SCOTT GAIRHAN
                                                                       DEFENDANTS

## ANSWER

Comes now, separate Defendants, Gairhan Farms, Inc; Wayne Gairhan, David Gairhan, and

Scott Gairhan, hereinafter referred to as "Gairhans" by and through their attorneys, T. Benton Smith,

Jr. and Brett Waldrip of the Benton Smith Law Firm and for their Answer to plaintiff Complaint

state:

### PRELIMINARY STATEMENT

1.      Defendants deny each and every allegation contained in Paragraph 1 as though each

separate allegation were individually set forth and separately denied.

2.      They deny each and every allegation contained in Paragraph 2 as though each

separate allegation were individually set forth and separately denied.

### JURISDICTION AND VENUE

3.       States that they are without sufficient knowledge or information so as to form a

belief as to the allegations contained in Paragraph 3 and, therefore, denies same.

4.      Denies the allegations contained in Paragraph 4 of the Plaintiff's *Complaint*.

5.       Admits the allegations contained in Paragraph 5 of the Plaintiff's *Complaint*.

## PARTIES

6.       Admits the allegations contained in Paragraph 6 of the Plaintiff's *Complaint*.

7.       States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 7 and, therefore, denies same.

8.       Admits the allegations contained in Paragraph 8 of the Plaintiff's *Complaint*.

9.       States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 9 and, therefore, denies same.

10.       Admits the allegations contained in Paragraph 10 of the Plaintiff's *Complaint*.

11.       Admits the allegations contained in Paragraph 11 of the Plaintiff's *Complaint*.

12.       Admits the allegations contained in Paragraph 12 of the Plaintiff's *Complaint*.

13.       Admits the allegations contained in Paragraph 13 of the Plaintiff's *Complaint*.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

14.       Denies the allegations contained in Paragraph 14 of the Plaintiff's *Complaint*.

15.       States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 15 and, therefore, denies same.

16.       States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 16 and, therefore, denies same.

17.       States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 17 and, therefore, denies same.

## LEGAL BACKGROUND

18.     Admits the allegations contained in Paragraph 18 of the Plaintiff's *Complaint*.

19.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 19 and, therefore, denies same.

20.     Admits the allegations contained in Paragraph 20 of the Plaintiff's *Complaint*.

21.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 21 and, therefore, denies same.

22.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 22 and, therefore, denies same.

23.      States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 23 and, therefore, denies same.

24.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 24 and, therefore, denies same.

25.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 25 and, therefore, denies same.

26.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 26 and, therefore, denies same.

27.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 27 and, therefore, denies same.

28.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 28 and, therefore, denies same.

29.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 29 and, therefore, denies same.

30.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 30 and, therefore, denies same.

31.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 31 and, therefore, denies same.

32.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 32 and, therefore, denies same.

33.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 33 and, therefore, denies same.

## STATEMENT OF FACTS

34.     Admits the allegations contained in Paragraph 34 of the Plaintiff's *Complaint*.

35.     Admits the allegations contained in Paragraph 35 of the Plaintiff's *Complaint*.

36.     Admits the allegations contained in Paragraph 36 of the Plaintiff's *Complaint*.

37.     Admits the allegations contained in Paragraph 37 of the Plaintiff's *Complaint*.

38.     Admits the allegations contained in Paragraph 38 of the Plaintiff's *Complaint*.

39.     Admits the allegations contained in Paragraph 39 of the Plaintiff's *Complaint.*

40.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 40 and, therefore, denies same.

41.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 41 and, therefore, denies same.

42.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 42 and, therefore, denies same.

43.     Defendants deny each and every allegation contained in Paragraph 43 as though each separate allegation were individually set forth and separately denied.

44.     Defendants deny each and every allegation contained in Paragraph 44 as though each separate allegation were individually set forth and separately denied.

45.     Defendants deny each and every allegation contained in Paragraph 45 as though each separate allegation were individually set forth and separately denied.

46.     Defendants deny each and every allegation contained in Paragraph 46 as though each separate allegation were individually set forth and separately denied.

47.     Denies the allegations contained in Paragraph 47 of the Plaintiff's *Complaint*.

48.     Defendants deny each and every allegation contained in Paragraph 48 as though each separate allegation were individually set forth and separately denied.

49.     Denies the allegations contained in Paragraph 49 of the Plaintiff's *Complaint*.

50.     Defendants deny each and every allegation contained in Paragraph 50 as though each separate allegation were individually set forth and separately denied.

51.     Defendants deny each and every allegation contained in Paragraph 51 as though each separate allegation were individually set forth and separately denied.

52.     Defendants deny each and every allegation contained in Paragraph 52 as though each separate allegation were individually set forth and separately denied.

53.     Denies the allegations contained in Paragraph 53 of the Plaintiff's *Complaint*.

54.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 54 and, therefore, denies same.

55.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 55 and, therefore, denies same.

56.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 56 and, therefore, denies same.

57.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 57 and, therefore, denies same.

58.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 58 and, therefore, denies same.

59.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 59 and, therefore, denies same.

60.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 60 and, therefore, denies same.

61.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 61 and, therefore, denies same.

62.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 62 and, therefore, denies same.

63.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 63 and, therefore, denies same.

64.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 64 and, therefore, denies same.

65.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 65 and, therefore, denies same.

66.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 66 and, therefore, denies same.

67.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 67 and, therefore, denies same.

68.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 68 and, therefore, denies same.

69.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 69 and, therefore, denies same.

70.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 70 and, therefore, denies same.

71.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 71 and, therefore, denies same.

72.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 72 and, therefore, denies same.

73.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 73 and, therefore, denies same.

## FIRST CAUSE OF ACTION

### Federal Tort Claims Act: False Imprisonment Against Defendant United States of America

74.     Defendants deny each and every allegation contained in Paragraph 74 as though each separate allegation were individually set forth and separately denied.

75.     Defendants deny each and every allegation contained in Paragraph 75 as though each separate allegation were individually set forth and separately denied.

76.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 76 and, therefore, denies same.

77.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 77 and, therefore, denies same.

78.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 78 and, therefore, denies same.

79.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 79 and, therefore, denies same.

## SECOND CAUSE OF ACTION

### Bivens: Unreasonable Detention in Violation of the Fourth Amendment Against Defendant FNU Fithen

80.     Defendants deny each and every allegation contained in Paragraph 80 as though each separate allegation were individually set forth and separately denied.

81.     Admits the allegations contained in Paragraph 81 of the Plaintiff's *Complaint*.

82.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 82 and, therefore, denies same.

83.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 83 and, therefore, denies same.

## THIRD CAUSE OF ACTION

### Administrative Procedure Act: Unlawful Agency Action
### Against Defendant ICE

84.     Defendants deny each and every allegation contained in Paragraph 84 as though each separate allegation were individually set forth and separately denied.

85.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 85 and, therefore, denies same.

86.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 86 and, therefore, denies same.

87.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 87 and, therefore, denies same.

88.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 88 and, therefore, denies same.

89.     States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 89 and, therefore, denies same.

**FOURTH CAUSE OF ACTION**

**Malicious Prosecution Against Defendants Gairhan Farms, Inc., David Gairhan
Wayne Gairhan, and Scott Gairhan**

90.     Defendants deny each and every allegation contained in Paragraph 90 as though each separate allegation were individually set forth and separately denied.

91.     Admits the allegations contained in Paragraph 91 of the Plaintiff's *Complaint*.

92.     Defendants deny each and every allegation contained in Paragraph 92 as though each separate allegation were individually set forth and separately denied.

93.     Defendants deny each and every allegation contained in Paragraph 93 as though each separate allegation were individually set forth and separately denied.

94.     Defendants deny each and every allegation contained in Paragraph 94 as though each separate allegation were individually set forth and separately denied.

95.     Defendants deny each and every allegation contained in Paragraph 95 as though each separate allegation were individually set forth and separately denied.

96.     Defendants deny each and every allegation contained in Paragraph 96 as though each separate allegation were individually set forth and separately denied.

97.     Defendants deny each and every allegation contained in Paragraph 97 as though each separate allegation were individually set forth and separately denied.

**FIFTH CAUSE OF ACTION**

**Trafficking Victims Protection Reauthorization Act ("TVPRA"):**
**Attempted Forced Labor Against Defendants Gairhan Farm, Inc., David Gairhan,**
**Wayne Gairhan, and Scott Gairhan**

98.     Defendants deny each and every allegation contained in Paragraph 98 as though each separate allegation were individually set forth and separately denied.

99.     Defendants deny each and every allegation contained in Paragraph 99 as though each separate allegation were individually set forth and separately denied.

100.    Defendants deny each and every allegation contained in Paragraph 100 as though each separate allegation were individually set forth and separately denied.

101.    Defendants deny each and every allegation contained in Paragraph 101 as though each separate allegation were individually set forth and separately denied.

102.    Defendants deny each and every allegation contained in Paragraph 102 as though each separate allegation were individually set forth and separately denied.

103.    Defendants deny each and every allegation contained in Paragraph 103 as though each separate allegation were individually set forth and separately denied.

104.    Defendants deny each and every allegation contained in Paragraph 104 as though each separate allegation were individually set forth and separately denied.

105.    Defendants deny each and every allegation contained in Paragraph 105 as though each separate allegation were individually set forth and separately denied.

106.    Defendants deny each and every allegation contained in Paragraph 106 as though each separate allegation were individually set forth and separately denied.

## SIXTH CAUSE OF ACTION

### Breach of Contract: H-2A Retaliation
### Against Defendant Gairhan Farms, Inc.

107.    Defendants deny each and every allegation contained in Paragraph 107 as though each separate allegation were individually set forth and separately denied.

108.    Defendants deny each and every allegation contained in Paragraph 108 as though each separate allegation were individually set forth and separately denied.

109.    Admits the allegations contained in Paragraph 109 of the Plaintiff's *Complaint*.

110.    States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 110 and, therefore, denies same.

111.    States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 111 and, therefore, denies same.

112.    States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 112 and, therefore, denies same.

113.    Defendants deny each and every allegation contained in Paragraph 113 as though each separate allegation were individually set forth and separately denied.

114.    Defendants deny each and every allegation contained in Paragraph 114 as though each separate allegation were individually set forth and separately denied.

115.    Defendants deny each and every allegation contained in Paragraph 115 as though each separate allegation were individually set forth and separately denied.

**SEVENTH CAUSE OF ACTION**

**Fourth Amendment Claim for Injunctive Relief**
**Against Defendant ICE**

116.    Defendants deny each and every allegation contained in Paragraph 116 as though each separate allegation were individually set forth and separately denied.

117.    States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 112 and, therefore, denies same.

118.    States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 118 and, therefore, denies same.

119.    States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 119 and, therefore, denies same.

120.    States that they are without sufficient knowledge or information so as to form a belief as to the allegations contained in Paragraph 120 and, therefore, denies same.

121.    Denies each and every other material allegation of the *Complaint* not hereinabove specifically admitted, explained or denied.

122.    That they deny all allegations of fault, negligence, breach of duty, breach of contract,  lack of care, proximate cause, entitlement to attorney fees and costs, and all other damages.

**JURY DEMAND**

123.    Gairhan Defendants join in Plaintiff's demand for a jury trial on all claims triable.

## PRAYER FOR RELIEF

124.    Defendants deny each and every allegation contained in Plaintiff's Prayer for relief and all sub-parts thereof (a)-(m) as though each separate allegation were individually set forth and separately denied.

125.    Defendants pray that the plaintiff's complaint filed herein be dismissed with prejudice and for any and all other relief to which they may be entitled.

## AFFIRMATIVE DEFENSES

126.    Pleads each and every affirmative defense set forth in Rule 8 of the Federal Rules of Civil Procedure including but not limited to accord and satisfaction, assumption of risk, contributory negligence, duress, estoppel, failure of consideration, fraud, illegality, injury by fellow servant, latches, license, payment, release, raise judicata, statute of frauds, statute of limitations and waiver.

127.    They affirmatively state that the jury should assess any contributory negligence or fault of the plaintiff with regard to his actions and the surrounding circumstances of his damage or injury, and that any such contributory negligence or fault is pled in bar and/or diminution of any right to recovery herein.

128.    They affirmatively plead all defenses to which they may be entitled pursuant to the Civil Justice Reform Act of 2003, including all amendments thereto.

129.    That Defendants reserve the right to file such additional or amended pleadings as may be required upon further investigation and discovery, including but not limited to an *Amended Answer*.

130.    By way of further and affirmative defense, and in the alternative, Defendants state that any damages, injuries or losses sustained by the plaintiff were the result of an intervening proximate cause and/or attributable to the activities or fault of parties over whom they had no control or legal responsibility.

131.    By way of further and affirmative defense, defendant stats that any award of punitive damages based upon vague and undefined standards of liability as are currently prosecuted in this state would violate the Due Process Clause of the Fourteenth Amendment of the United States Constitution and the Due Process Clause of the State of Arkansas. Further, the amount of punitive damages sought is so unconstitutionally excessive and disproportionate to the alleged conduct of defendant as to be unlawful.

132.    That they incorporate any affirmative defenses stated in separate defendants, United States of America, United States Immigration and Customs Enforcement, and Douglas Fithen's Answer filed herein that are applicable to the Gairhans as if set forth word for word in their answer.

WHEREFORE, Separate Defendants, the Gairhans, pray that the Plaintiff's Complaint against them be dismissed, that the Plaintiff have and recover nothing from them on the Complaint, that they recover their costs herein, and that they have all other appropriate relief to which they are entitled.

Respectfully Submitted,


BENTON SMITH LAW FIRM
*Attorneys for the Gairhan Defendants*

/s/ *Brett M. Waldrip*
T. Benton Smith, Jr. (#2001058)
Brett M. Waldrip (#2018100)
P. O. Box 1594
Jonesboro, AR 72403
(870) 932-4488
bsmith@bentonsmithlaw.com
bwaldrip@bentonsmithlaw.com