IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEANDRE FOUCHE**                                                                                   **PLAINTIFF**

v.                           **CASE NO. 3:21-CV-00050-BSM**

**UNITED STATES OF AMERICA,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE